UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL GOODRUM,<br><br>                        Plaintiff,<br>v.<br><br>NORTHERN NEVADA CORR. CENTER,<br><br>                        Defendant. | Case No. 3:25-cv-00774-ART-CLB<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

On December 31, 2025, the Court received an application to proceed *in forma pauperis* ("IFP") from Mitchell Goodrum that did not bear a case number and was not accompanied by any other filings. That initiated the opening of this new case. However, Goodrum checked a box on the IFP application reflecting that it is intended for a habeas corpus case, and the Court takes judicial notice that Goodrum has a preexisting habeas corpus case at Case No. 3:25-cv-00414-ART-CLB, where he has been ordered to pay the filing fee or file a complete IFP application by January 20, 2026. *See Goodrum v. Northern Nevada Correctional Center, et al.*, No. 3:25-cv-00414-ART-CLB, ECF No. 11 (D. Nev. Nov. 24, 2025). Upon review of these filings, the Court finds that Goodrum intended for the IFP application that initiated this case to be filed in Case No. 3:25-cv-00414-ART-CLB, so the Court administratively closes this case and directs the Clerk of Court to file Goodrum's IFP application in 3:25-cv-00414-ART-CLB. **Goodrum is reminded that he must list the proper case number in the caption of all documents that he files with the Court to ensure that they are filed in the proper case**.

It is therefore ordered that this case is administratively closed because it was filed in error. All further filings relating to Goodrum's preexisting habeas corpus case should be filed in 3:25-cv-00414-ART-CLB.

1  The Clerk of Court is kindly directed to (1) administratively close this case
2  and (2) file the IFP application that initiated this case (ECF No. 1) and the
3  financial certificate (ECF No. 4) in Case No. 3:25-cv-00414-ART-CLB.

5  DATED: January 7, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE